UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOHN SEAY, | ) | CASE NO. 5:08 CV 980 |
| Petitioner, | ) ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | MEMORANDUM OF OPINION |
| JACQUELINE THOMAS, | ) ) | AND ORDER |
| Respondent. | ) | |

On April 16, 2008, petitioner pro se John Seay filed the above-captioned petition for writ of habeas corpus under 28 U.S.C. § 2254. Seay is incarcerated at the North Coast Correctional Treatment Facility, having been convicted, pursuant to a guilty plea, of "two counts of trafficking and two counts of possession." For the reasons stated below, the petition is denied and this action is dismissed.

A federal court may entertain a habeas petition filed by a person in state custody only on the ground that he is in custody in violation of the Constitution, laws, or treaties of the United States. 28 U.S.C. § 2254(a). In addition, petitioner must have exhausted all available state remedies. 28 U.S.C. § 2254(b).

It is evident on the face of the petition that Seay has yet to exhaust his state court remedies, as there is no indication

he has pursued a direct appeal.[1] The petition is thus premature.[2]

Accordingly, the request to proceed in forma pauperis is granted and this action is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed.R.App.P. 22(b); 28 U.S.C. § 2253.

IT IS SO ORDERED.

*/s/ Donald C. Nugent 5/29/08*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

---

[1] Seay's state habeas action is facially insufficient for purposes of exhaustion, as such an action may be pursued solely to challenge basic jurisdiction of the trial court. Ohio Rev.Code § 2725.05.

[2] The court expresses no opinion concerning whether or not petitioner may now have procedurally defaulted in the state court.